IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHAWN L. ABNEY, #169106, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.  2:13cv-865-WHA |
| | ) |
| SGT. FOSTER, et al., | )           (WO) |
| | ) |
| Defendants. | ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #7), entered on January 3, 2014, and upon a review of the file, it is hereby

ORDERED that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.  The Clerk is DIRECTED to take appropriate steps to effect the transfer.

DONE this 27th day of January, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE